UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 16-00742-ODW(AFMx) | Date | May 23, 2015 |
|---|---|---|---|
| Title | Melissa Kay Cook, et al v. Cynthia Anne Harding, et al | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge |
|---|---|

| Sheila English | Sandra MacNeil |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Harold J Cassidy<br>Megan M Holbrook<br>Michael W Caspino | Daniel P Barer<br>Carmen Denise Snuggs<br>Robert R Walmsley |

**Proceedings:**     **MOTIONS TO DISMISS [44];[54];[60]**

Case called, appearances made.  The Court hears oral argument from counsel.

The matter stands submitted. An order will issue.

                                                                                                          :     53

                                                           Initials of Preparer         se